Guerine &
Guerine, for appellant; Guy C. Guerine, of counsel; Wyatt Jacobs, for
appellee; Charles E. Heckler, and Robert O. Rooney, of counsel. Opin-
ion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opin-
ion filed April 1, 1952; released for publication May 23, 1952.

## Associates Discount Corporation, Appellee, v. Bernice Schwartz et al., Appellant.

### Gen. No. 45,589.

Root
& Harman, and Edward W. Sowin, for appellant; Rittenberg, Schulz,
DeJohn & Mayer, for appellee. Opinion by JUSTICE ROBSON. Not to
be published in full. Opinion filed April 1, 1952; released for publica-
tion May 23, 1952.

## The Chicago Club, Appellee, v. Wadia Basil, Appellant.

### Gen. No. 45,639.

Arthur Basse,
for appellant; Seibert & Daniels, for appellee. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed April 1, 1952; released for publication May 23, 1952.

Hymen Litwin, Trading as H. Litwin Company, Appellant, v. Pioneer Trust and Savings Bank, as Trustee Under Trust Number 4074, Jean Solowski, Henrietta Solowski, also Known as Henryka Solowski, and Unknown Owners, Appellees.

Gen. No. 45,666.

Rissman & Lipton, for appellant; Emil Rissman, of counsel; Joseph M. Baron, for appellees. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed April 1, 1952; released for publication May 23, 1952.